## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------X

DAVINA MAY,

       Plaintiff,

  v.

CHRISTIAN DUNHAM,
FEMTON LOGISTICS, LLC,
JOHN DOES 1–5,
JANE DOES 1–5, and
ABC CORPORATIONS 1–5,

       Defendants.

-------------------------------------------------------X

**Civil Action No.**

**JURY DEMANDED**

The Plaintiff, Davina May ("the Plaintiff"), complaining of the Defendants,

Christian Dunham ("Dunham"), Femton Logistics, LLC ("Femton"), and John Does 1-5,

Janes Does 1-5, and ABC Corporations 1-5 (collectively, "the Doe Defendants"), alleges:

### Parties

1.    The Plaintiff is a resident of Belleville, Essex County, New Jersey.

2.    Dunham is an individual domiciled in Philadelphia, Pennsylvania.

3.    Femton is a limited liability company with a primary business address of 1251 Saint Michaels Street, Apartment 1 in the City of Allentown, County of Lehigh and State of Pennsylvania.

4.    Femton regularly conducts business in New Jersey.

5.    Femton is a Trucking Company in the business of moving and shipping products/goods in various states in the United States for the retail pubic.

6.    Femton has three (3) agents and a business address located at 158 South

Harrison Street, East Orange, New Jersey.

7.     Upon information and belief, Femton does regular business in and with the State of New Jersey and/or residents of the State of New Jersey.

8.     Femton's contacts with the State of New Jersey are such that it can reasonably expect to be hailed into Court here.

9.     The accident subject to this lawsuit occurred right on the border of Pennsylvania and New Jersey.

10.    The Doe Defendants are individuals and/or entities, whose identities are unknown to the Plaintiff, and whom or which are liable for all or part of the actions complained of herein.

## Jurisdiction and Venue

11.    This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §1332(a), as the Parties are all residents of different states and the amount in controversy exceeds $75,000.

12.    Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(3), where the Defendants are subject to the Court's personal jurisdiction therein.

## Facts

13.    On or about September 13, 2023, the Plaintiff was lawfully operating a motor vehicle eastbound on Route 676 in Philadelphia, Pennsylvania.

14.    At the same time, Dunham, acting as the agent, servant, and/or employee of Femton, was operating a Femton vehicle eastbound on Route 676.

15.    Dunham suddenly and without warning moved into Plaintiff's lane, colliding with her vehicle.

16.    As a direct and proximate result of the Defendants' negligence, the Plaintiff sustained serious and permanent personal injuries, required medical care, incurred medical expenses, and has suffered and will continue to suffer pain, disability, and impairment of her daily activities.

## Causes of Action

### COUNT I
### Negligence (Dunham and Femton)

17.    The Plaintiff incorporates by reference the allegations above.

18.    The Defendants owed the Plaintiff a duty of reasonable care in the ownership, maintenance, and operation of their motor vehicle.

19.    The Defendants breached that duty by negligently operating said vehicle, directly causing the collision and Plaintiff's injuries.

20.    As a proximate result, the Plaintiff suffered damages as set forth above.

WHEREFORE, the Plaintiff demands judgment against Defendants Dunham and Femton Logistics, LLC, jointly and severally, for compensatory damages, interest, costs of suit, and such further relief as the Court deems just and proper.

### COUNT II
### Negligence (Fictitious Defendants)

21.    The Plaintiff incorporates by reference the allegations above.

22.    At all relevant times, John Does 1–5, Jane Does 1–5, and ABC Corporations 1–5 were persons or entities whose actions contributed to the collision and Plaintiff's injuries.

23.    These Defendants acted negligently, recklessly, and/or carelessly in ways to be determined through discovery.

24.    As a result of the acts and/or omissions of the Defendants, Plaintiffs have suffered past and future damages which include, but are not limited to, the following:  physical injury, trauma pain, and suffering; mental and emotional trauma, pain and suffering; lost wages; loss of consortium (Mrs. English); medical expenses; and property damage.

WHEREFORE, the Plaintiff demands judgment against the fictitious Defendants, jointly and severally, for compensatory damages, interest, costs of suit, and such further relief as the Court deems just and proper.

### Prayer for Relief

The Plaintiff respectfully requests that this Court enter judgment:

- Awarding compensatory damages in an amount to be determined at trial;

- Awarding costs, interest, and attorneys' fees as permitted by law; and

- Granting such other and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the Plaintiff hereby demands a jury trial with respect to all issues triable of right by jury.

### CERTIFICATION

It is hereby certified, pursuant to 28 U.S.C. §1746 and pursuant to L. Civ. R. 11.2 that the matter in controversy is not presently the subject of any other action pending in any court or of an arbitration proceeding to date.

LAW OFFICES OF DEZAO & DEZAO, P.C.
Attorneys for Plaintiff

By:

Anthony James DeZao, Esq.
322 Route 46 West, Suite 120
Parsippany, NJ 07054
Tel: (973) 808-8900
Attorney ID: 435512024

Dated: 8/20/2025